1034

[No. 70149-5-I. Division One. November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNATHAN RAY AKRE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00650-9, Richard T. Okrent, J., entered March 29, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 70516-4-I. Division One. November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MICHAEL McCLURE, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 13-1-00016-5, Vickie I. Churchill, J., entered May 16, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Leach, JJ.

[No. 70561-0-I. Division One. November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. T.Y., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-8-00269-8, Eric Z. Lucas, J., entered May 29, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Appelwick and Schindler, JJ.

[No. 70601-2-I. Division One. November 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN A. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02148-0, Carol A. Schapira, J., entered June 26, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Lau, JJ.